# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 17-00032-01-CR-W-BP |
| JASON D. GERICKE, | ) |
| Defendant. | ) |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant, who will be scheduled for a hearing, and defendant not having waived counsel, it is

ORDERED that Laine Cardarella, Federal Public Defender, and Ronna Holloman-Hughes, Carie Allen, Marc Ermine, Dan Goldberg, Robert Kuchar, Becky Kurz, Steve Moss, Travis Poindexter, Bill Raymond, Todd Schultz, Lesley Smith, Angie Williams, and Chelsea Wilson, Assistant Federal Public Defenders, Federal Public Defender's Office, 1000 Walnut, Ste. 600, Kansas City, MO 64106, telephone number (816) 471-8282; Ian Lewis, Steven Berry, Megan Chalifoux, Paul Duchscherer, Celeste Johns, Brian Risley, and Michelle Law, Assistant Federal Public Defenders, 901 E. Saint Louis Street, Suite 801, Springfield, MO 65806, telephone number (417) 873-9022; and Troy Stabenow and Katie Wang, Assistant Federal Public Defenders, 80 Lafayette Street, Room 1100, Jefferson City, MO 65101, telephone number (573) 636-8747, be, and they are hereby, appointed to represent the defendant before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                        */s/Jill A. Morris*
                                        JILL A. MORRIS
                                        United States Magistrate Judge

Kansas City, Missouri
April 25, 2023