UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) |
| JASON D. GERICKE, | ) Case No. 17-00032-01-CR-W-BP |
| Defendant. | ) ) ) |

**ORDER TO SHOW CAUSE**

For good cause and upon the recommendation of the United States Probation Office, it is ORDERED that:

1) Jason D. Gericke shall appear before this court at 10:30 a.m. on May 16, 2023 in Courtroom No.7A, Charles Evans Whittaker Courthouse, 400 E. 9th Street, Kansas City, Missouri, to show cause why the supervised release previously imposed should not be revoked for violating the conditions of supervised release; and

2) the United States Probation Office is directed to serve a copy of this Order to Show Cause to 7917 East 58th Street, Kansas City, MO 64129.

/s/ Beth Phillips
_____
BETH PHILLIPS
CHIEF U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this  2nd  day of  May , 2023.